NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXANDRE R. TALUY,                )
                                   )
        Appellant,                 )
                                   )
v.                                 )       Case No.    2D18-392
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____)

Opinion filed March 29, 2019.

Appeal from the Circuit Court for
DeSoto County; Hunter W. Carroll,
Judge.

Howard L. Dimmig, II, Public Defender,
and Jean-Jacques A. Darius, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, and MORRIS and BLACK, JJ., Concur.